**O'HAGAN MEYER**
DANA J. FINBERG (SBN 257459)
   E-Mail: DFinberg@ohaganmeyer.com
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
Telephone: 415.578.6900
Facsimile: 415.578.6910

Attorney for Defendant NCS
TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America *ex rel.* Marlin Brandys,<br><br>                  Plaintiffs,<br><br>vs.<br><br>NCS Technologies, Inc.,<br><br>                  Defendant. | Case No. 2:22-cv-1220-WBS-JDP<br><br>**JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) AND TRANSFER ORDER**<br><br>Judge: Hon. William B. Shubb<br>Location: Courtroom 5<br>Date: June 23, 2025<br>Time: 1:30 PM<br><br>Action Filed: July 12, 2022<br>Trial Date: Not Set |

### JOINT STIPULATION CONSENTING TO THE TRANSFER OF VENUE

On April 28, 2025, NCS Technologies, Inc. ("Defendant"), filed a Motion to Transfer this case to the U.S. District Court for the Eastern District of Virginia, Alexandria Division. *See* Dkt. No. 29. On May 13, 2025, Marlin Brandys ("Realtor") filed a Statement of Non-Opposition to Defendant's Motion to Transfer. *See* Dkt. No. 38. Therefore, the Motion is unopposed and ripe for this Court's decision.

Accordingly, Defendant and Relator respectfully request that this Court grant the Motion to Transfer and issue an order transferring this case to the U.S. District Court for the Eastern

---

**JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) AND TRANSFER ORDER**

#6871919v1

District of Virginia, Alexandria Division. A proposed Transfer Order is attached to this Stipulation as **Exhibit 1**.

Dated: June 3, 2025

**NCS TECHNOLOGIES, INC.**

By Counsel:

*/s/ Dana J. Finberg*
Dana J. Finberg (SBN 257459)
O'HAGAN MEYER
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6900
F: (415) 578-6910
DFinberg@ohaganmeyer.com

**UNITED STATES *EX REL*., MARLIN BRANDYS**

By Counsel:

*/s/ Patrick Almonrode*
Patrick S. Almonrode (admitted *pro hac vice*)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
patalmonrode@jtblawroup.com

and

Matthew C. Helland (SBN 250451)
Nicholas Kaster, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
T: (415) 277-7235
F: (415) 277-7238
helland@nka.com

ORDER RE DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America *ex rel*. Marlin Brandys,<br><br>                         Plaintiffs,<br><br>  vs.<br><br>NCS Technologies, Inc.,<br><br>                         Defendant. | Case No. 2:22-cv-1220 JDP<br><br>**ORDER RE DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge:     Hon. William B. Shubb<br>Location:  Courtroom 5<br>Date:      June 23, 2025<br>Time:     1:30 PM<br><br>Action Filed:  July 12, 2022<br>Trial Date:    Not Set |

This matter comes before the Court on Defendant NCS Technologies, Inc.'s unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). *See* Dkt. No. 29 (Motion); Dkt. No. 38 (Relator's Statement of Non-Opposition). After full consideration of the parties' pleadings the Court hereby ORDERS as follows:

    Defendant's Motion to Transfer Venue is GRANTED; and

    The Clerk is ORDERED to take all steps necessary to effectuate the transfer of this case to the U.S. District Court for the Eastern District of Virginia, Alexandria Division.

    IT IS SO ORDERED.

Dated: June 3, 2025

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE